U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JERRY LAVERDIERE  v.  MOTOROLA, INC. | FILED: JULY 3, 2008  08CV3814  JUDGE GUZMAN  MAGISTRATE JUDGE NOLAN  AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Jerry Laverdiere

| NAME (Type or print) |
|---|
| Andrew H. Haber |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Andrew H. Haber |

| FIRM |
|---|
| Favaro & Gorman, Ltd. |

| STREET ADDRESS |
|---|
| 835 Sterling Avenue, Suite 100 |

| CITY/STATE/ZIP |
|---|
| Palatine, Illinois 60067 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198412 | (847) 934-0060 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐