IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY LAVERDIERE,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA, INC.<br>a Delaware Corporation,<br><br>Defendant. | No.  08 CV 03814<br><br>Honorable Ronald A. Guzman |

## MOTION TO VOLUNTARILY DISMISS

Now comes the plaintiff, Jerry Laverdiere, by and through his attorneys, Favaro & Gorman, Ltd., and for his Motion to Voluntarily Dismiss states as follows:

1. The parties have reached a settlement resolution in this matter.

2. Plaintiff is seeking to voluntarily dismiss this action, without prejudice, with leave to reinstate within thirty (30) days.

3. No prejudice would result in the granting of this motion.

Wherefore, for the above-stated reasons, plaintiff, Jerry Laverdiere, prays that this Court enter an Order dismissing this litigation, without prejudice, and for any and all other relief as this Court deems just and proper.

s/ Patricia L. Jochum
Patricia L. Jochum
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue, Suite 100
Palatine, Illinois 60067
Telephone No. (847) 934-0060
Facsimile No.  (847) 934-6899
pjochum@favarogorman.com