IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY LAVERDIERE,<br><br>    **Plaintiff,**<br><br>v.<br><br>MOTOROLA, INC.<br>a Delaware Corporation,<br><br>    **Defendant.** | )<br>)<br>)<br>)   No.  08 CV 03814<br>)<br>)<br>)   Honorable Ronald A. Guzman<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    Noah A. Finkel
Seyfarth Shaw
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603

    Please take notice that on the 10th day of September, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard I shall appear before the Honorable Ronald A. Guzman occupied by him in Room 1219 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present a **Motion to Voluntarily Dismiss**, a copy of which is hereto and herewith served upon you.

    s/ Patricia L. Jochum
Patricia L. Jochum
Attorney for Plaintiff
Favaro & Gorman, Ltd.
835 Sterling Avenue, Suite 100
Palatine, Illinois 60067
Telephone No. (847) 934-0060
Facsimile No.  (847) 934-6899
pjochum@favarogorman.com

## CERTIFICATE OF SERVICE

I hereby certify that on **September 3, 2008**, I presented a **Notice of Motion and Motion to Voluntarily Dismiss** for filing and uploading to the CM/ECF System, and served it upon the party identified below by e-mail transmission and by first-class mail.

>Noah A. Finkel
>Seyfarth Shaw
>131 S. Dearborn Street
>Suite 2400
>Chicago, Illinois 60603

>s/ Patricia L. Jochum
>Patricia L. Jochum
>Attorney for Plaintiff
>Favaro & Gorman, Ltd.
>835 Sterling Avenue, Suite 100
>Palatine, Illinois 60067
>Telephone No. (847) 934-0060
>Facsimile No.  (847) 934-6899
>pjochum@favarogorman.com