**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Jerry Laverdiere
              Plaintiff,

v.                                         Case No.: 1:08–cv–03814
                                                  Honorable Ronald A. Guzman

Motorola, Inc.
              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman Plaintiff's Motion to Voluntarily Dismiss [9] is granted. It is hereby ordered that this case is dismissed without prejducie with leave to reinstate within 30 days. After 30 days, if no motion to reinstate has been filed, the dismissal will be with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.